UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
HENRY TUCKER, *on behalf of himself and all other* : 
*persons similarly situated*, :
: 
                       Plaintiffs, :    25-CV-00083 (JAV)
:
       -v- :    <u>ORDER</u>
:
WHITE SPACE GROUP NEW YORK :
LLC, :
:
                       Defendant. :
:
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiffs allege that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: January 8, 2025  
       New York, New York                           _____  
                                                          JEANNETTE A. VARGAS  
                                                          United States District Judge